IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **LAUREL COPPOCK,** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | No. 1:12-CV-00953 SS |
| **NATIONAL SEATING AND MOBILITY, INC., AND PERMOBIL, INC.** | § | |
| | § | JURY |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE SAM SPARKS, U.S.D.J.:

1. This case is set for trial on September 1, 2015 in the United States District Court for the Western District of Texas, Austin Division. Docket call for this case is set for August 28, 2015.

2. The parties hereby give notice to the Court that they have reached a agreement resolving all remaining issues in the case.

3. This settlement resolves all claims between Plaintiff Laurel Coppock and Defendant Permobil, Inc. Upon completion of the settlement agreement, the parties will be filing an agreed motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court take notice that Plaintiff and Defendant Permobil, Inc. have reached a agreement to resolve all issues in this case, and release Permobil, Inc. from the September 1, 2015, trial date and August 28, 2015, docket call conference.

Respectfully submitted,

/s/ *Sean M. Crowley*

Jeff D. Otto
State Bar No. 15345500
E-mail: jotto@thompsoncoe.com
Sean M. Crowley
State Bar No. 24056955
E-mail: scrowley@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, Texas 78701
512-708-8200 – Telephone
512-708-8777 – Facsimile

**ATTORNEYS FOR DEFENDANT PERMOBIL, INC.**


/s/ *Stephen G. Nagle*
Stephen G. Nagle
1002 West Avenue, First Floor
Austin, Texas 78701
512-480-0505 – Telephone
512-480-0571 – Facsimile

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAUREL COPPOCK, | § | |
|     Plaintiff, | § § § | |
| vs. | § § | No. 1:12-CV-00953 SS |
| NATIONAL SEATING AND MOBILITY, INC., AND PERMOBIL, INC. | § § § § | JURY |
|     Defendants. | § § | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th of June, 2015, a copy of the Notice of Settlement was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the attorneys listed below:

Steven G. Nagle
1002 West Avenue, First Floor
Austin, Texas 78701

E. Stratton Horres, Jr.
Jennafer Groswith
Wilson, Elser, Moskowitz, Edelman & Diker, LLP
4800 Bank of America Plaza
901 Main Street
Dallas, Texas  75202


                                                                            */s/  Sean M. Crowley*
                                                                            Sean M. Crowley
                                                                            Texas Bar No. 24056955